## VICTOR CUBANO *v.* LARRY MEACHUM, COMMISSIONER OF CORRECTION

The petitioner Victor Cubano's petition for certification for appeal from the Appellate Court is denied.

*Victor Cubano,* pro se, in support of the petition.

*James M. Ralls,* deputy assistant state's attorney, in opposition.

Decided April 25, 1990

## STATE OF CONNECTICUT *v.* EDWARD A. DOLLINGER

The defendant's petition for certification for appeal from the Appellate Court, 20 Conn. App. 530, is denied.

*Robert P. Borquez, William F. Gallagher* and *Joseph B. Buckley,* in support of the petition.

*Carolyn K. Longstreth,* assistant state's attorney, in opposition.

Decided April 25, 1990

## TOWN OF PRESTON *v.* CONNECTICUT SITING COUNCIL ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 21 Conn. App. 85, is denied.

*Kathleen Eldergill,* in support of the petition.

*Francis J. Brady, Mary Adamowicz, William Narwold, Karen L. Goldthwaite, Roger E. Koontz* and *Robert B. Teitelman,* assistant attorney general, in opposition.

Decided April 25, 1990